# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Diana Olson, on behalf of herself and her children as heirs at law of Richard Olson, deceased; and Diana Olson as Personal Representative of the Estate of Richard Olson, <br><br> Plaintiff, <br><br> vs. <br><br> Ford Motor Company, a Corporation, <br><br> Defendant. | **ORDER ON BIFURCATED TRIAL** <br><br><br><br> Case No. 4:04-cv-102 |

On November 29, 2005, the Court granted the Plaintiff's Motion for Leave to File Amended Complaint to include a claim for punitive damages (Docket No. 63). In that order, it was noted that the ruling did not mean that the punitive damage claim would reach the jury as the Court has utilized a bifurcated trial procedure to address the issue of punitive damages as contemplated under Section 32-03.2-11(2) of the North Dakota Century Code.

Rule 42(b) of the Federal Rules of Civil Procedure provides for separate trials and states as follows:

> **b) Separate Trials.** The court, in furtherance of convenience or to avoid prejudice, or when separate trials will be conducive to expedition and economy, may order a separate trial of any claim, cross-claim, counterclaim, or third-party claim, or of any separate issue or of any number of claims, cross-claims, counterclaims, third-party claims, or issues, always preserving inviolate the right of trial by jury as declared by the Seventh Amendment to the Constitution or as given by a statute of the United States

The Court expressly finds that a separate trial on liability and compensatory damages will be conducive to judicial economy and will avoid prejudice. As a result, the jury in this case will first address issues of liability and compensatory damages. The Court will not allow the claim for

punitive or exemplary damages to be presented to the jury during the liability phase of the case. Evidence which is relevant only to the claim for punitive damages will not be admissible in the liability phase of the trial. In the event the jury assesses "fault" or liability against the defendant and awards compensatory damages, then the same jury will be allowed to determine whether punitive damages shall be awarded.

For the reasons set forth above, and pursuant to Rule 42(b) of the Federal Rules of Civil Procedure, the Court orders a separate or bifurcated trial on the claim for punitive damages which would immediately follow the trial on liability and damages if necessary.

IT IS SO ORDERED.

Dated this 19th day of January, 2006.

_____
Daniel L. Hovland, Chief Judge
U.S. District Court