# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Diana Olson, on behalf of herself and her children as heirs at law of Richard Olson, deceased; and Diana Olson as Personal Representative of the Estate of Richard Olson,<br><br>        Plaintiff,<br><br>vs.<br><br>Ford Motor Company, a Corporation,<br><br>        Defendant. | **ORDER GRANTING DEFENDANT'S MOTION IN LIMINE NO. 6 TO EXCLUDE EVIDENCE OF DIANA OLSON'S ALLEGED SUDDEN ACCELERATION INCIDENT**<br><br>Case No. 4:04-cv-102 |

On January 6, 2006, defendant Ford Motor Company filed a motion in limine for an order prohibiting the introduction of evidence concerning Diana Olson's incident of sudden acceleration in the 1998 Ford Explorer. This incident allegedly occurred approximately one year before the fatal accident on September 17, 2002.

On January 23, 2006, the plaintiff responded to the motion and indicated that it has no intention to offer such evidence at trial (Docket No. 129).

The Court GRANTS defendant Ford Motor Company's Motion in Limine No. 6.

Dated this 24th day of January, 2006.

                                                                                                          Daniel L. Hovland, Chief Judge
                                                                                                         United States District Court