# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### NORTHWESTERN DIVISION

| | |
|---|---|
| Diana Olson, on behalf of herself and her children as heirs at law of Richard Olson, deceased; and Diana Olson as Personal Representative of the Estate of Richard Olson,<br><br>      Plaintiff,<br><br>vs.<br><br>Ford Motor Company, a Corporation,<br><br>      Defendant. | **ORDER ON PLAINTIFF'S DESIGNATION OF DEPOSITION TESTIMONY (CASE-IN-CHIEF)**<br><br>Case No. 4:04-cv-102 |

The Court has reviewed the plaintiff's designation of certain deposition testimony to be read at trial, and enters the following order:

**Joel Perkins**:

Ford's objections to testimony at 17:14-18:11 and 21:15-22:9 are overruled as such testimony is relevant.

Ford's objection to testimony at 18:12-19:19 need not be addressed because the plaintiff has indicated that such testimony is no longer being designated for use at trial.

All requests for additional testimony designated by Ford for use at trial are granted.

**Casey Mulder**:

Ford's objections to testimony at 13:9-15:4 are granted because the plaintiff has withdrawn the designation of such testimony at trial.

Ford's objections to testimony at 112:24-117:12 are granted because the plaintiff has withdrawn the designation of such testimony at trial.

Ford's request for additional testimony designated at 18:14-25 is granted. The other requests by Ford to add testimony are denied because the plaintiff has withdrawn the designated testimony.

**Scott Simpson**:

Ford's objections to testimony at 76:1-17 and 77:4-9 are granted. The testimony is vague, confusing, and lacks relevance to the issues in this case and to the vehicle involved in the accident. Even if such testimony were relevant, the Court would exclude it pursuant to Rule 403. As a result of the ruling, Ford's request for additional testimony designated at 76:18-77:3 is unnecessary. The additional testimony designated as to evidence of recall is also unnecessary in light of the Court's previous rulings.

**David Jones** (economist):

Ford's objections to designated testimony at 29:24-25 and 30:1-10 are granted. The Court agrees that Dr. Jones' revised table should be included as an exhibit to the deposition.

IT IS SO ORDERED.

Dated this 1st day of February, 2006.

_____
Daniel L. Hovland, Chief Judge
United States District Court